# Court of Appeals
# of the State of Georgia

ATLANTA,____March 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0255. BRIAN BRETZING v. OFFICER PEAK et al.**

Prison inmate Brian Bretzing attempted to file a pro se civil action against an officer, the warden and a medical administrator at the prison where he is housed, claiming "deliberate indifference to medical needs." On October 13, 2014, the trial court dismissed his petition pursuant to OCGA § 9-15-2 (d). On February 5, 2015, Bretzing filed this application for discretionary appeal, seeking review of the October 2014 order.[1] We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application.[2] *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). Because Bretzing filed this application 115 days after entry of the order he wishes to appeal, it is untimely. The application is therefore DISMISSED for lack of jurisdiction.

---

[1] Because he was incarcerated when he initiated this action, Bretzing's appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35," the discretionary appeals statute.

[2] Bretzing attempted to file his application with this Court on November 24, 2014, but his application was returned to him because he failed to include a stamped "filed" copy of the trial court's order and he failed to include a certificate of service. This filing was also outside the 30-day period.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____03/03/2015_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*